**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOHN LAMB, individually and on behalf**                    **PLAINTIFF**
**of all others similarly situated**

v.                    **Case No. 4:18-cv-00327**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**          **DEFENDANT**

**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT**

Comes now the Plaintiff and Defendant and for their Joint Status Report and Notice of Settlement:

1. Plaintiff and Defendant have finalized a written settlement agreement. This settlement will be subject to the Court's approval.

2. The Defendant's counsel will present the settlement agreement for the school district's approval at a board meeting on Tuesday, July 14, 2020.

3. If the school board approves the settlement, the Parties anticipate that they will move for preliminary approval of the settlement by Tuesday, July 28, 2020. The Parties' motion for preliminary approval will seek class notice, associated deadlines, and a final approval hearing.

4. The Parties respectfully request that the Court hold the pending deadlines in abeyance pending filing a motion for preliminary approval of the Parties' settlement.

DATE: June 30, 2020               Respectfully Submitted,

/s/ Will Crowder
Will T. Crowder (#03138)
Thomas P. Thrash (#80147)
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201-1214
Phone: (501) 374-1058
Fax: (501) 374-2222
tomthrash@thrashlawfirmpa.com
willcrowder@thrashlawfirmpa.com

Judson C. Kidd
Lucas Rowan
DODDS, KIDD & RYAN
313 West Second Street
Little Rock, AR 72201-2481
Phone: (501) 375-9901
Fax:  (501) 367-0387
Judkidd@dkrfirm.com
Lrowan@dkrfirm.com

George Jay Bequette, Jr.
William Cody Kees
BEQUETTE, BILLINGSLEY & KEYS, P.A.
Simmons Bank Building
425 Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Jbequette@bbpalaw.com
Ckees@bbpalaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on Tuesday, June 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to:

>George Jay Bequette, Jr.
>Jbequette@bbpalaw.com
>William Cody Kees
>Ckees@bbpalaw.com
>BEQUETTE, BILLINGSLEY & KEYS, P.A.
>Simmons Bank Building
>425 Capitol Avenue, Suite 3200
>Little Rock, AR 72201-3469
>Phone: (501) 374-1107
>Fax: (501) 374-5092

 

>/s/ Will Crowder
>―――――――――――――――――
>Will T. Crowder (#2003138)
>THRASH LAW FIRM, P.A.
>1101 Garland Street
>Little Rock, AR 72201-1214
>Tel: (501) 374-1058
>Fax: (501) 374-2222
>willcrowder@thrashlawfirmpa.com