IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN LAMB, individually and on behalf**  **PLAINTIFF**
**of all others similarly situated**

v.                    Case No. 4:18-cv-00327-LPR

**PULASKI COUNTY SPECIAL SCHOOL**
**DISTRICT**                                **DEFENDANT**

## ORDER

The Court has received the Parties' Joint Status Report and Notice of Settlement, in which the Parties request that the Court hold the pending deadlines in this action in abeyance pending the filing of a motion for preliminary approval of the settlement.  (Doc. 34).  The Parties' request is GRANTED.  All pending deadlines in this case shall be held in abeyance.

IT IS SO ORDERED this 21st day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE