Meaney Bishop
4100 Belwood Dr
NLR AR 72118
505-501-1553

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
4:18cv327-LPR
SEP 24 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

To whom it may concern:
Clerk of the Court.

This is a formal letter of objection to the proposed settlement plan in the case of Lamb v. Pulaski County Special School District.

The case covers a 6 year period of time wherein Pay was substantially decreased. I can not see how you come to the decision that $156.25 covers the sum of 6 years of time not fully Paid for. Aproxamately an average of 4-10 hours a week, 8 months of each year is supposed to be covered by $156.25?

This sum is **not** a fair representation of my time + devoted faithful + complete work + service provided during this employment.

I urge you to look back and see what is morally right for the dedicated employees of PCSSD. Thank you for your time.

Meaney Bishop   name + address on back. →

Meendy Bishop
4100 Belwood Dr
NLR, AR 72118

505-501-1553

*Meandy Bishop* (signature)

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2020 SEP 24 A 10: 16