4:18-cv-327-LPR

FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 0 9 2020

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

I object to *Lamb V. Pulaski County Special School District*.

To United States District Court for the Easter District of Arkansas

Beverly Cook is writing the courts to say that the payment that the county wants to pay for the hours over 6 is not even a .1cent over the years that the driver has worked for the years that has been stated in the law sue. I feel as though that's a slap in the face for what they are trying to pay the driver but they always say how important we are to them but we are the last of the tolen pole but we are the first person that the kids see before they get to school this is what they tell us every meeting that we have every year but they don't want to pay us for what we are worth. We just want to be treated fair. Please consider how we feel about the pay they want to pay the driver. Thanks for listening to us, the driver.

Thanks,

Beverly Cook

76 Angel Ct

Mabelvale, Ar 72103

(501) 779-6203

*Beverly Cook*

