IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN LAMB, individually and on behalf  　　　　　　　　　　　PLAINTIFF
of all others similarly situated

v.　　　　　　　　Case No. 4:18-cv-00327

PULASKI COUNTY SPECIAL SCHOOL
DISTRICT　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## SUPPLEMENT TO MOTION FOR FINAL APPROVAL AND FINAL FAIRNESS HEARING

Comes now the Plaintiff and for his Supplement to Motion for Final Approval and Final Fairness Hearing (ECF Nos. 44 and 45) states:

1. Attached as Exhibit No. 1 to this Supplement is an executed copy of an Amended Class Action and Collective Action Settlement Agreement and Release ("Amended Settlement").

2. Also attached as Exhibit No. 2 to this Supplement is a redlined version showing all changes and differences between the Amended Settlement and the settlement filed as ECF No. 36-1.

| | |
|---|---|
| DATE: December 16, 2020 | Respectfully Submitted, |

_____

Will T. Crowder (#03138)
Thomas P. Thrash (#80147)
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201-1214
Phone: (501) 374-1058
Fax: (501) 374-2222
willcrowder@thrashlawfirmpa.com
tomthrash@thrashlawfirmpa.com

Judson C. Kidd (#75071)
Lucas Rowan (#08191)
DODDS, KIDD, RYAN & ROWAN
313 West Second Street
Little Rock, AR 72201-2481
Phone: (501) 375-9901
Fax: (501) 367-0387
Judkidd@dkrfirm.com
Lrowan@dkrfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

George Jay Bequette, Jr.
William Cody Kees
BEQUETTE, BILLINGSLEY & KEYS, P.A.
Simmons Bank Building
425 Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Jbequette@bbpalaw.com
Ckees@bbpalaw.com

*Attorneys for Defendant*

I hereby certify that on Wednesday, December 16, 2020, I sent by U.S. Mail the foregoing to these persons:

| | |
|---|---|
| Meandy Bishop | Beverly Cook |
| 4100 Belwood Drive | 76 Angel Ct. |
| North Little Rock, AR 72118-4205 | Mabelvale, AR 72103-1724 |

                                              Will T. Crowder (#03138)
                                              THRASH LAW FIRM, P.A.
                                              1101 Garland Street
                                              Little Rock, AR 72201-1214
                                              Phone: (501) 374-1058
                                              Fax: (501) 374-2222
                                              willcrowder@thrashlawfirmpa.com