IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN LAMB, individually and on behalf of all others similarly situated                                         PLAINTIFF

v.                     Case No. 4:18-cv-00327

PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                         DEFENDANT

## SECOND SUPPLEMENT TO MOTION FOR FINAL APPROVAL AND FINAL FAIRNESS HEARING

Comes now the Plaintiff and for his Supplement to Motion for Final Approval and Final Fairness Hearing (ECF Nos. 44 and 45) states:

1. Attached as Exhibit No. 3 is an Amended and Corrected Version of the Amended Settlement Agreement which makes the following change:

    Paragraph No. 23: "Released Claims" means all claims, demands, rights, liabilities, and causes of action of every nature and description whatsoever, whether known or unknown, as asserted ~~or that might have been asserted~~ in the Action.

2. The Parties have consented to their signatures appearing on this Amended Agreement.

DATE: December 16, 2020                     Respectfully Submitted,

                                                                    _____
Will T. Crowder (#03138)
Thomas P. Thrash (#80147)
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201-1214
Phone: (501) 374-1058
Fax: (501) 374-2222
willcrowder@thrashlawfirmpa.com
tomthrash@thrashlawfirmpa.com

Judson C. Kidd (#75071)
Lucas Rowan (#08191)
DODDS, KIDD, RYAN & ROWAN
313 West Second Street
Little Rock, AR 72201-2481
Phone: (501) 375-9901
Fax: (501) 367-0387
Judkidd@dkrfirm.com
Lrowan@dkrfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, December 16, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

George Jay Bequette, Jr.
William Cody Kees
BEQUETTE, BILLINGSLEY & KEYS, P.A.
Simmons Bank Building
425 Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Jbequette@bbpalaw.com
Ckees@bbpalaw.com

*Attorneys for Defendant*

I hereby certify that on Wednesday, December 16, 2020, I sent by U.S. Mail the foregoing to these persons:

| | |
|---|---|
| Meandy Bishop<br>4100 Belwood Drive<br>North Little Rock, AR 72118-4205 | Beverly Cook<br>76 Angel Ct.<br>Mabelvale, AR 72103-1724 |

_____
Will T. Crowder (#03138)
THRASH LAW FIRM, P.A.
1101 Garland Street
Little Rock, AR 72201-1214
Phone: (501) 374-1058
Fax: (501) 374-2222
willcrowder@thrashlawfirmpa.com