IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN LAMB, individually and on behalf**     **PLAINTIFF**
**of all others similarly situated**

v.     **Case No. 4:18-cv-00327-LPR**

**PULASKI COUNTY**
**SPECIAL SCHOOL DISTRICT**     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Settlement Agreement[1] is fully and finally adopted, and the case is DISMISSED with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO ADJUDGED this 28th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Ex. 3 (Amend. Class Action and Collective Action Settlement Agreement and Release) to Second Suppl. to Mot. for Final Approval and Final Fairness Hr'g (Doc. 47-1).