**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOHN LAMB, individually and on behalf**                            **PLAINTIFF**
**of all others similarly situated**

v.                 Case No. 4:18-cv-00327

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**              **DEFENDANT**

**NOTICE OF DISTRIBUTION OF SETTLEMENT FUNDS**

1. On Monday, March 8, 2021, Plaintiff's counsel mailed the 176 persons who filed consents to join this Action checks for $170.45 each.

2. Plaintiff's counsel will update the Court after Wednesday, September 8, 2021, on the status of any unclaimed settlement checks.

DATE: March 8, 2021                        Respectfully Submitted,

                                                  Will T. Crowder (#03138)
                                                  Thomas P. Thrash (#80147)
                                                  THRASH LAW FIRM, P.A.
                                                  1101 Garland Street
                                                  Little Rock, AR 72201-1214
                                                  (501) 374-1058 / fax (501) 374-2222
                                                  Email: willcrowder@thrashlawfirmpa.com
                                                  Email: tomthrash@thrashlawfirmpa.com

                                                  Judson C. Kidd (#08191)
                                                  Lucas Rowan (#75071)
                                                  DODDS, KIDD & RYAN
                                                  313 West Second Street
                                                  Little Rock, AR 72201-2481
                                                  (501) 375-9901 / fax (501) 367-0387
                                                  Email: Judkidd@dkrfirm.com
                                                  Email: Lrowan@dkrfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on Monday, March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

    George Jay Bequette, Jr.
    William Cody Kees
    BEQUETTE, BILLINGSLEY & KEYS, P.A.
    Simmons Bank Building
    425 Capitol Avenue, Suite 3200
    Little Rock, AR 72201-3469
    (501) 374-1107 / fax (501) 374-5092
    Email: Jbequette@bbpalaw.com
    Email: Ckees@bbpalaw.com

                Will T. Crowder (#03138)
                Phone: (501) 374-1058
                Email: willcrowder@thrashlawfirmpa.com